IN THE MATTER OF THE PETITION OF MARTHA C. KUHNE, Respondent, *v.* HENRY DAILY, Jr., Appellant.

(Submitted June 13, 1882; decided June 20, 1882.)

*Henry Daily, Jr.,* appellant in person.

*A. H. Daily* for respondent.

Agree to dismiss appeal. No opinion.
All concur except TRACY, J., who does not vote.
Appeal dismissed.